## CERTIFICATE OF AUTHENTICITY

**STATE OF MISSISSIPPI**
**COUNTY OF RANKIN**

I, Letresia Stewart, Correctional Program Team Lead of the Administrative Remedy Program, and the duly authorized records custodian of MDOC Administrative Remedy Program records, do hereby certify upon personal knowledge that this is a true, correct, genuine and authentic copy of ARP# <u>MCCF-24-182</u> contained in the aforesaid department on the following:

INMATE NAME AND NUMBER:   <u>Daylon Waldrop #199886</u>

_L'resi Stewart_
Letresia Stewart

SWORN TO AND SUBSCRIBED, before me, this the __27th__ of __March__ , 2025.

NOTARY PUBLIC

My Commission Expires: Feb. 11th, 2028

_[Notary seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 440689, ASHLEY WIGELSWORTH, Commission Expires Feb. 11, 2028, RANKIN COUNTY]_

MDOC-WALDROP 311-000037

EXHIBIT B

CODE: 1400                                                      ARP-1

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

## MCCF-24-182

First Step Respondent: Major Franks Caswell
            Location: **MCCF**

Offenders' Name and No: Daylon Waldrop #199886
                  Unit: **WGCF**


Date of incidents:          **03-12-2024**                    OT-#5
_____

☒ **ACCEPTED:** This request comes to you from the Administrative Remedy Program Director. See the attached request from the offender. **Please return your response to this office within 30 days of this date.**

☐ **REJECTED:** Your request has been rejected for the following reason(s):

☐ Relief is beyond the power of the Mississippi Department of Corrections to grant.

☐ The complaint concerns an action not yet taken or a decision which has not yet been made.

☐ There has been a time lapse of more than fifteen (15) days between the **RVR** and the initial request:          Incident happened on; received in this office on.

☐ There has been a time lapse of more than thirty (30) days between the event and the initial request:          Incident happened on; received in this office on.

☐ The Mississippi Department of Corrections does not handle Parole Board matters.

☐ Other: Beyond the power of ARP.

_____                    _____
Director of Administrative Remedy Program                    Date

MDOC-WALDROP 311-000038

EXHIBIT B

QDCCRGRSU0EPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Grievance Detail

### August 9, 2024

**Facility:** WGCF

**Unit:** WGCF 5D

| | |
|---|---|
| **Inmate:** WALDROP, DAYLON | **FBI ID:** 250168TD1 |
| **ID:** 199886 | |
| **SID:** | **SSN:** ⬛1182 |

| | |
|---|---|
| **Grievance Date:** 03/12/2024 00:00 | **Managing Location:** MSP |
| **Assigned Date:** 08/09/2024 00:00 | **Assigned To:** CASWELL, FRANKS |
| **Status Date:** 08/09/2024 08:37 | **Outcome:** |
| **Status:** BACKLOG | **Reason:** |

**Grievance Type(s):**
. DISCIPLINE - 1400 GENERAL

| | |
|---|---|
| **Tracking #:** 5 | **Step:** 1ST S˜ |
| **Date Received:** 08/06/2024 00:00 | **Date Response Required:** 08/16/2024 00:00 |
| **Addressed To:** WARDEN | |
| **Received From:** OFFENDER | **Response:** |
| **Persons Named:** | **Person Details:** |

**Details:**
RVR appeal #2077595- C7.

Page 1 of 1

MDOC-WALDROP 311-000039

EXHIBIT B

2 of 4

## Appeal of Disciplinary Hearing

FR: Daylon Waldrop (199886)
TO: Legal claims adjudicator
RE: appeal of Disciplinary Hearing
DT: June 17, 2024

### [Facts and Procedural History]

On 3-12-24, while housed at Marshall County Correctional facility, CID and administrative staff came to my housing unit handcuffed me then searched my property. Nothing was found on me nor my property. I was taken to segregation an given a detention notice. I did not sign the detention notice because at that point I had not been notified as to why I was placed in segregation. While in segregation, I was served Rule Violation Report C-7 # 2077595. On 3-14-24 I was found guilty on RVR. I am appealing RVR because there was no knife confiscated from me or my property. CID has relied solely on a picture of me allegedly holding something that may perhaps have the appearance of a knife. Furthermore it has not been determined when or where the picture was taken. Also according to the Rule Violation Report, the alleged violations occured back in December 2023 but the first copy of the RVR's were not delivered to me until March 12, 2024. The fact that the RVR's were not delivered until four months later is "Highly Suspicious and raises reasonable doubt". In regards to validity of the alleged violations. As well, CID and the administrative staff never provided a plausible reason as to why the RVR's were not delivered in a timely fashion in accordance with SOP 18-01-01. MDOC's SOP 18-01-01 Specifically states "The first copy of your RVR will be delivered to the accused within 24 hours of the time the violations is discovered. So this alone violates my statutory due process rights & MDOC failing to adhere to it's policy and procedures. Also the Delivering Employee name has been changed or added from the original RVR, which you can clearly see. By him or someone changing anything on RVR after RVR has been Delivered is an administrative error.

Daylon Waldrop
(199886)

MDOC-WALDROP 311-000040

EXHIBIT B

3 of 4

## Conclusion

Due to CID and MCCF administration failing to serve RVR within a 24 hour time frame according to MDOC SOP 18-01-01 Policy, The delivering officer name being changed after RVR being served; which is an administrative error, and the fact that CID relied solely on a picture ~~took~~ out of a device that was found in a common error not being able to provide time and date of the alleged picture being took. Not having an actual sharpen instrument to provide for evidence. The fact that I never was caught physically with a sharpen instrument, and CID not confiscating a knife off my person or property. Clearly shows that the Disciplinary Hearing officer's determination of guilt was not based on fair and factual finding's. So, based on all of the above, I respectfully request that the DHO's finding of guilt is overturned and the C-7 #2077595 is expunged from my Institutional record.

P.S. This is a request for administrative Remedy.

Daylon Waldrop
(99886)

MDOC-WALDROP 311-000041

EXHIBIT B

4of4

MISSISSIPPI DEPARTMENT OF CORRECTIONS

(MSP) _____ (CWC) _____
(CMCF) _____ (SMCI) _____
(OTHER) _MCCF_

№ 2077595

## RULE VIOLATION REPORT

(Unit Admin. Initial) _PD_  Zone / Tier _3_  Unit _Charlie_  Cell # / Bed # _57_

Offender _Daylon Waldrop_  MDOC# _199886_  Violated Rule # _C7_. Entitled _Possession of major contraband_  Date _3/12/24_ Approx. Time _1245_ Hrs.

By the specific act of _Possession of major contraband, sharpened instrument or knife_

Weapon involved _✓_ Yes _____ No   EXACT location of incident _Charlie 3 shower on person_

## CIRCUMSTANCES AND DETAILS

As a result of a CID investigation, a cell phone was recovered on 12/2/2023 and it was discovered that inmate Daylon Waldrop # 199886 was in possession of a free world knife on his person.

Reporting Employee's Signature _C. Ray_  Title _investigator_ PIN# _0146_ Date _3/12/24_ Time _1855_

Evidence _✓_ Yes _____ No- Located _Attached_. Placed in Segregation - PDA _____ No _✓_ Yes- Location _CMH 104_

I request witness(es) _✓_ Yes _____ No

Witness(es) (1) _Camera_   (2) _Officer who recovered evidence on person_

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

I waive the right to a Hearing _____ Yes _✓_ No

ACCUSED _Daylon Waldrop N/G_ DELIVERING EMPLOYEE _Jerry Westmpl_ DATE _3-15-2024_ TIME _1612_

1. Investigation began within 24 hrs of violation? _✓_ Yes _____ No.   2. Date/Time Investigation completed _03/13/24 16:15_ AM/PM.

3. If not completed without reasonable delay, explain: _____

4. Name of Investigator _C. McKissack_

5. Working days between date of violation and hearing: _2_

6. If more than seven (7) working days, explain: _N/A_

Is accused offender in Trusty Status _____ Yes _✓_ No   Does accused offender receive Earned Time _____ Yes _✓_ No

Name of Persons at Hearing - Accused _Daylon Waldrop_  Hearing Officer _Capt. J. Stevens_

Other _____

Accused's response _____ Admit _____ Admit w/ modifications _X_ Deny   Accused's Statement

Documents read and discussed _✓_ RVR _✓_ Investigation _✓_ Witness Statements _____ Other _____

FINDINGS: _X_ Guilty _____ Not Guilty   Reason for Findings: _Due to evidence provided and officer statements (Canteen and visits 11.14.24 - 5.14.25)_

PUNISHMENT: _180 days loss Canteen and visits._

Reason (s) _____ Seriousness of offense _____ The need to protect the institution, employees or others _____ Poor conduct record

Other _____

A total of _2_ Rule Violations in _1 year_. A total of _0_ Rule Violations for Rule # _C7_.

Signature: _Capt. J. Stevens_  Date: _3-14-24_
Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _Daylon Waldrop_  Date: _3-14-24_

Signature of Reviewing Superintendent/Warden/CSD/Designee: _Chris Leah_  Date: _3/15/2024_

Custody Reduction _____ to _____ Date _____ Signature _____
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned
Time effective _____ Signature _____

Loss of Earned Time _____ Approved _____ Disapproved   Commissioner of Corrections or Designee _____

Original with All Attachments - Records   1st Copy - Offender   2nd Copy - Working File   3rd Copy - Reporting Employee

EXHIBIT B

1 of 4

From: Daylon Waldrop (199886)
To: Legal Claims adjudicator
RE: appeal of Disciplinary Hearing
DT: June 17, 2024

Greetings;

You will find enclosed my appeal which has been Submitted in a timely fashion. Please Submit my appeal to the proper officials for review. I also would like it to be known that this is my second time sending my appeal in on this matter. I recieved a letter from Brenetta Hoskins, Team Lead administrative Remedy Program on June 12, 2024. The letter is dated May 22, 2024. I would like the record to reflect that between May 22, 2024 and June 12, 2024. I was not aware or had any Knowledge of this. So I would like to not be time barred on my request. Also I did not recieve the Documentation on "How to enter the ARP Process." So if anything is needed to be Fixed, added, or Changed. I would like to be able to do so. Thank's in advance.

Sincerly,

Daylon Waldrop
(199886)

ADMINISTRATIVE
AUG 2024
REMEDY PROGRAM
MSP

MDOC-WALDROP 311-000043
EXHIBIT B

STAFF RECEIPT

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

Request for ___✓___ _____ Response Receipt
             1st     2nd

ARP Number MCCF - 24 - 182

Request for Response to Daylon Waldrop #199886
                        Inmate                Number

Received by: _____ 8/16/24
        Respondent's Signature              Date

**Please prepare a response on Form ARP-2 and return to the Administrative Remedy Program Director within 30 days of this date.**

**1st page of this receipt is to be returned to the Administrative Remedy Program Director to become part of the inmate's ARP file**

WHITE ORIGINAL - ADMINISTRATIVE REMEMDY PROGRAM DIRECTOR

MDOC-WALDROP 311-000044

EXHIBIT B

ARP-2

## MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Administrative Remedy Program

## MCCF-24-182

## FIRST STEP RESPONSE FORM- RVRs

You must return your response to the Legal Claims Adjudicator <u>within 15 days</u> of the date you signed for this request.

Offenders' Name and #: Daylon Waldrop #199886

Unit: WGCF

1st Step Respondent: Frank Caswell

Title: Major

Your grievance regarding the appeal of RVR# __2077595__ has been reviewed. RVR# __2077595__ was heard on __3/14/2024__ and you were found guilty.

After reviewing the facts concerning this RVR, I find that policy and procedures were followed in this case. I agree with the decision of the Hearing Officer and find no merit to your complaint. The appeal is denied.

_____
Signature

__8/16/24__
Date

The above named inmate has fulfilled the requirements of the Administrative Remedy Program for an RVR appeal and is eligible to seek judicial review within 30 days of receipt of this First Step Response.

_____
Inmate's Signature

_____
Doc #

_____
Date

MDOC-WALDROP 311-000045

EXHIBIT B

MISSISSIPPI DEPARTMENT OF CORRECTIONS

Nᵒ 2077595

## RULE VIOLATION REPORT

(MSP)_____ (CWC)_____
(CMCF)_____ (SMCI)_____
(OTHER) _MCCF_

(Unit Admin. Initial) _P2_  Zone / Tier _3_  Unit _Charlie_  Cell / Bed # _C7_

Offender _Daylen Waldrop_  MDOC# _199886_  Violated Rule # _C7_ , Entitled
_Possession of major contraband_  Date _3/12/24_ Approx. Time _1245_ Hrs.

By the specific act of _Possession of major contraband, sharpened instrument or knife_

Weapon involved _✓_ Yes _____ No  EXACT location of incident _Charlie 3 shower on person_

### CIRCUMSTANCES AND DETAILS

AS A result of A CID investigation, A cell phone was recovered on 12/2/2023 and it was discovered that inmate Daylen Waldrop # 199886 was in possession of a free world knife on his person.

Reporting Employee's Signature _Chris Play_  Title _Investigator_  PIN# _0146_ Date _3/12/24_ Time _1855_

Evidence _✓_ Yes _____ No- Located _Attached_  Placed in Segregation - PDA ___ No _✓_ Yes- Location _Smith 104_

I request witness(es) _✓_ Yes _____ No

Witness(es) (1) _Camera_  (2) _Officer who recovered evidence on person_

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

I waive the right to a Hearing ___ Yes _✓_ No

ACCUSED _Daylen Waldrop/G_ DELIVERING EMPLOYEE _Larry Autrey_  DATE _3-13-2024_ TIME _1612_

1. Investigation began within 24 hrs of violation? _✓_ Yes ___ No.  2. Date/Time investigation completed _03/13/24 16:15_ AM/PM.

3. If not completed without reasonable delay, explain: _____

4. Name of Investigator _C. McBurrsik_

5. Working days between date of violation and hearing _2_  _N/A_

6. If more than seven (7) working days, explain: _N/A_

Is accused offender in Trusty Status ___ Yes _✓_ No  Does accused offender receive Earned Time ___ Yes _✓_ No

Name of Persons at Hearing - Accused _Daylen Waldrop_  Hearing Officer _Capt. J. Stevens_

Other _____

Accused's response ___ Admit ___ Admit w/ modifications _X_ Deny  Accused's Statement _____

Documents read and discussed ___ RVR ___ Investigation ___ Witness Statements ___ Other _____

FINDINGS: _X_ Guilty ___ Not Guilty  Reason for Findings: _Due to evidence provided and officer statement. (Canteen and visits 11-14-24 - 5-14-24)_

PUNISHMENT: _180 days Loss Canteen and visits_

Reason (s) ___ Seriousness of offense ___ The need to protect the institution, employees or others ___ Poor conduct record

Other _____

A total of _2_ Rule Violations in _1 year_. A total of _0_ Rule Violations for Rule # _C7_

Signature: _Capt. J. Stevens_  Date: _3-14-24_

Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _Daylon Waldrop_  Date: _3-14-24_

Signature of Reviewing Superintendent/Warden/CSD/Designee: _Chris Lash_  Date: _3/15/2024_

Custody Reduction ___ to ___ Date ___ Signature _____

Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned Time effective ___ Signature _____

Loss of Earned Time ___ Approved ___ Disapproved  Commissioner of Corrections or Designee _____

Original with All Attachments - Records  1st Copy - Offender  2nd Copy - Working File  3rd Copy - Reporting Employee

MDOC-WALDROP 311-000046

EXHIBIT B

(MSP)_____ (CWC)_____
(CMCF)_____ (SMCI)_____
(OTHER)_____

## MISSISSIPPI DEPARTMENT OF CORRECTIONS

### RULE VIOLATION REPORT

N° 2027595

(Unit Admin. Initial)_____ Zone / Tier _____ Unit _____ Cell / Bed # _____

Offender _____ MDOC# _____ Violated Rule # _____. Entitled
_____ Date _____ Approx. Time _____ Hrs.

By the specific act of _____

Weapon involved _____ Yes _____ No    EXACT location of incident _____

### CIRCUMSTANCES AND DETAILS

_____

Reporting Employee's Signature _____ Title _____ PIN# _____ Date _____ Time _____

Evidence _____ Yes _____ No- Located _____. Placed in Segregation - PDA _____ No _____ Yes- Location _____

I request witness(es) _____ Yes _____ No

Witness(es) (1) _____ (2) _____

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

I waive the right to a Hearing _____ Yes _____ No

ACCUSED _____ DELIVERING EMPLOYEE _____ DATE _____ TIME _____

1. Investigation began within 24 hrs of violation? _✓_ Yes ___No.    2. Date/Time investigation completed 03/13/24 1e:15 AM/PM.

3. If not completed without reasonable delay, explain: _____

4. Name of Investigator (J. McKinnie)

5. Working days between date of violation and hearing ___2___

6. If more than seven (7) working days, explain: ___N/A___

Is accused offender in Trusty Status _____ Yes _✓_ No    Does accused offender receive Earned Time _____ Yes _✓_ No

Name of Persons at Hearing - Accused _Payton Waldron_  Hearing Officer _Capt. J. Stevens_

Other _____

Accused's response _____ Admit _____ Admit w/ modifications _X_ Deny    Accused's Statement _____

Documents read and discussed _✓_ RVR _✓_ Investigation _✓_ Witness Statements _____ Other _____

FINDINGS: _X_ Guilty _____ Not Guilty,    Reason for Findings: _Due to evidence provided and_
_Officer statements (Camera and unit "1181-34-5 R/45")_

PUNISHMENT: _180_ days loss Canteen and visits.

Reason (s) _____ Seriousness of offense _____ The need to protect the institution, employees or others _____ Poor conduct record

Other _____

A total of _2_ Rule Violations in _1 year_. A total of _0_ Rule Violations for Rule # _6.3_.

Signature: _Capt. J. Stevens_    Date: _3-14-24_
         Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _____    Date: _3-14-24_

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____ Date: _3/15/2024_

Custody Reduction _____ to _____ Date _____ Signature _____

Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned Time effective _____ Signature _____

Loss of Earned Time _____ Approved _____ Disapproved    _____
                                              Commissioner of Corrections or Designee

MDOC-WALDROP 311-000047

EXHIBIT B

MCCk with a Knife clipped on his waist band



MDOC-WALDROP 311-000048

EXHIBIT B

Still shot from a video recording of Waldrop
with a Free World Knife



Video recovered off Waldrop's cell phone with Kayie in possession at MccF



MDOC-WALDROP 311-000050

EXHIBIT B

This is a video recovered off Waldrop's cell phone with a Knife in his Lap on the yard at MCCP



MDOC-WALDROP 311-000051

EXHIBIT B

| INCIDENT REPORT | Page 1 of 1 Page(s) |
|---|---|

| FILE TITLE: Security Operations | CASE STATUS: Closed |
|---|---|

| BY: Frank Caswell | WITNESS(ES) | RELATED FILES: |
|---|---|---|
| AT: Marshall County Correctional Facility | Thomas Mauney  Wyatt Bayless  Jacob Wilson  Cassandra Shuler  James Bonds  Mario Grady  Albert Tilley  Adam Davis  Zachary Houston  Christopher Gray  Jennifer DelRosso  Larry Archie | ( X ) CID Investigative Files  ( )  ( )  ( )  ( )  ( ) |
| DATE: March 12, 2024 | | |

REPORT RE: Shakedown – Marshall County Correctional Facility, Charlie Dorm, Pod 1 and Pod 3; Delta Dorm, Pod 2

On March 12, 2024, approximately 1230 hours Marshall County Correctional Facility (MCCF) CID along with Central Office CID conducted a shakedown in MCCF, Charlie Dorm, Pod 1 and Pod 3, and Delta Dorm, Pod 2. Per the results of an investigation, targeted inmates were searched along with others and common areas in each pod.

During the course of this shakedown, the following inmates were found in possession of contraband:

Daylon Waldrop #199886 – by CID Investigator Mauney, assorted blue and white pills in an umarked container – as result of a CID investigation that initiated this shakedown inamate Waldrop was in possession of two cell phones while at MCCF(a blue Motorola Moto G Pure IMEI # 354919470652283 and a gray Motorola Moto G Power IMEI # 357571280683359 )... see pervious completed intel report.

████████████████ – by CID Investigator Bayless charger, super glue, small bag of green leafy substance suspected to be marijuana.

████████████████ – found by CID Investigator Delrosso, 10 small individual of suspected "spice", one Samsung cell phone, charging cable with block, bluetooth earphones, ledger with price list and other inmate's commissary receipts.

████████████████ – wireless earbuds, charger, green leafy substance in 8 individual clear plastic bags suspected to be marijuana, $100 bill serial number #MH48686798A,

████████████████ – found by CID Investigator Delrosso, SIM card puller, two bottles of cologne, papers with ledger on commisary items.

████████████████ – found by CID Investigators Delrosso and Tiley, cashapp

████████████████ – found by CID Investigators Bonds, Delrosso, Caswell, 13 small clear plastic bags with a white powdery substance, 7 small individual bags of a green leafy substance suspected to be marijuana, one metal shank approx 6 inches,

The following contraband was located in common areas: 12 cells phones, 6 charging cables and blocks 2 metal shanks, one set of digital scales, one cell phone battery, tattoo equipment, 51 small bag of a green leafy substance suspected to be marijuana, 7 small bags of a white powdery substance suspected to be meth.

MDOC-WALDROP 311-000052

EXHIBIT B

As a result of this shakedown, the following inmates were placed into segregation pending disciplinary action and transfer:

Daylon Waldrop #199886

| SIGNATURE OF OFFICER | APPROVED NAME TITLE | DATE |
|---|---|---|
| Caswell | | March 12, 2024 |

EXHIBIT B



## Mississippi Department of Corrections

### Incident Investigation Form

- Start investigation within 24 hours or explain delay
- Ensure forms are signed and dated
- Complete and submit to DHO, CID, Warden
- Scan to LEGATO with RVR and all pertinent documents

**Inmate Data**

Inmate Name: _Daylon Waldrop_  MDOC #: _199886_

Housing Location: _Charlie 3_  Custody Level: _Medium_

Rule Violated: _C7_  Date of Incident: _3/8/24_

Work Assignment (if applicable): _N/A_  Date of last RVR: _11/2/23_

Other Inmates Involved (if applicable): _____

**Incident Data / Contributing Factors**

Detailed Narrative of Incident (if incident report is not included with RVR): _Possession of_
_major contraband_

Description of Evidence Collected / pictures / camera footage: _real world knife_

Reporting Officer: _CID Maxus_  Staff Witness(s): _listed on involve report_

Requested Witness Statement: Name & MDOC#: _N/A_

Witness Signature: _____  ( Additional Witness statements Attached: YES____ NO____ )

MDOC-WALDROP 311-000054

EXHIBIT B

Summary of Officer(s) Statement ( if no incident report attached ):_____
_____
_____
_____
_____

Accused Statement: *Will provide statement at*
*hearing*
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Do you admit GUILT: YES_____ NO ✓
Accused Inmates' Signature: Daylon Waldrop
Print: Daylon Waldrop          MDOC Number: 199786

Do you waive your right to a hearing? (Waiving your right to a hearing means you do NOT want a hearing and you admit GUILT, you cannot appeal a guilty RVR if you have waived your right to a hearing)
NO ✓          YES_____ Signature & MDOC#:_____

Staff Member witnessing inmate waiving his right to a hearing:_____

MDOC-WALDROP 311-000055

EXHIBIT B

## Details of Investigation: CHECK ALL THAT APPLY

- [x] Reviewed RVR
- [ ] Corrected Errors on RVR
- [ ] Forwarded Corrected copy to Accused
- [x] Inmate Received RVR within 24 Hours
- [x] Interviewed Accused
- [ ] Interviewed Reporting Officer

- [ ] Interviewed Witness(s)
- [x] Reviewed Camera Footage
- [x] Compiled and Analyzed all Evidence
- [x] Examine Validity of Accused Defense
- [x] Reviewed Accused RVR History
- [x] Consulted Policy

**Facts Confirmed:**

- [x] Location of Incident / Contraband Found
- [x] Identity of Accused
- [x] Accuracy of RVR
- [x] Eyewitness(s) of Incident
- [x] Correct Policy Rule Violated

- [x] Chain of Custody Preserved
- [x] CID Opinion (if applicable)
- [ ] Case Manager Opinion (if applicable)
- [x] Inmates Rights / Policy Preserved
- [x] Transfer Considered

Mitigating Factors / Special Circumstances: _N/A_

Was there any damage to state property / equipment: _____YES __X__NO   If yes, explain damage/ estimated value:_____

## Corrective Actions

Were any Corrections / Revisions made to the RVR: _____YES __✓__NO   If yes, explain_____

Recommended Remedial Training / Programs for staff members involved with incident: _N/A_

## Investigator Observations

What conclusions were drawn from the evidence and statements gathered: _photo to~~o~~ Suppose a guilty verdict._

Additional Comments:_____

Investigated By: (PRINT) _Deanna Gray_   Signature: _T Gray_
Date Completed: _3/13/24_

MDOC-WALDROP 311-000056

EXHIBIT B

## 24 HOUR RULE VIOLATION NOTICE

THIS IS TO VERIFY THAT I, _Daylon Waldrop_, MDOC# _199886_, HAVE BEEN GIVEN A SCHEDULED NOTICE TO APPEAR ON _3/14/24_ FOR A RULE VIOLATION HEARING.

SIGNATURE: _Daylon Waldrop_

18-01-02-F1
New 08/01/05

MDOC-WALDROP 311-000057

EXHIBIT B

## Statement of Facts

During the course of an investigation into STG activity at Marshall County Correctional Facility two (2) cell phones that were located in Charlie 3 common area. The phones were submitted to CID and information was obtained from the phones. The downloaded information showed Inmate Daylon Waldrop #199886 using the phones to make videos. It clearly shows that he is the person operating the phone. It also shows him in possession of a free world knife (black handle lock back type with a belt clip) in the shower and on the yard.

Investigator Thomas C. Mauney

MDOC-WALDROP 311-000058

EXHIBIT B

INMATE RECEIPT

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

ARP # _MCCF_ - _24_ - _182_

✓ Date: _9-6-2024_

✓ Received By: _Daylon Waldrop_ _199886_ MDOC#

✓ Witness: _C. Roby_

_____ Form ARP-1 — Offender's relief form

✓_____ Form ARP-2 — 1st step response _RVR_

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Letter #

_____ Other

1st page of this receipt is to be returned to the Administrative Remedy Program Director to become part of Inmate's ARP file

WHITE ORIGINAL - ADMINISTRATIVE REMEDY PROGRAM DIRECTOR

MDOC-WALDROP 311-000059

EXHIBIT B

## CERTIFICATE OF AUTHENTICITY

STATE OF MISSISSIPPI
COUNTY OF RANKIN

I, Letresia Stewart, Correctional Program Team Lead of the Administrative Remedy Program, and the duly authorized records custodian of MDOC Administrative Remedy Program records, do hereby certify upon personal knowledge that this is a true, correct, genuine and authentic copy of ARP# <u>MCCF-24-183</u> contained in the aforesaid department on the following:

INMATE NAME AND NUMBER: <u>Daylon Waldrop #199886</u>

_Letresia Stewart_
Letresia Stewart

SWORN TO AND SUBSCRIBED, before me, this the 27th of March, 2025.

_NOTARY PUBLIC_
NOTARY PUBLIC

My Commission Expires: Feb. 11th, 2028

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 440689
ASHLEY WIGELSWORTH
Commission Expires
Feb. 11, 2028
RANKIN COUNTY

EXHIBIT B

CODE: 1400                                                          ARP-1

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

### MCCF-24- 183

First Step Respondent:  Major Franks Caswell
             Location:  **MCCF**

Offenders' Name and No:  Daylon Waldrop #199886
                  Unit:  **WGCF**

Date of incidents:          **03-12-2024**                    OT-#6

---

☒ **ACCEPTED:** This request comes to you from the Administrative Remedy Program Director.  See the attached request from the offender. **Please return your response to this office within 30 days of this date.**

☐ **REJECTED:** Your request has been rejected for the following reason(s):

☐ Relief is beyond the power of the Mississippi Department of Corrections to grant.

☐ The complaint concerns an action not yet taken or a decision which has not yet been made.

☐ There has been a time lapse of more than fifteen (15) days between the **RVR** and the initial request:        Incident happened on; received in this office on.

☐ There has been a time lapse of more than thirty (30) days between the event and the initial request:        Incident happened on; received in this office on.

☐ The Mississippi Department of Corrections does not handle Parole Board matters.

☐ Other: Beyond the power of ARP.

_____                    8.9.24
Director of Administrative Remedy Program                    Date

MDOC-WALDROP 311-000061

EXHIBIT B

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Grievance Detail

### August 9, 2024

QDCCRGRSU0EPI616

**Facility: WGCF**

**Unit: WGCF 5D**

| | | | |
|---|---|---|---|
| **Inmate:** | WALDROP, DAYLON | **FBI ID:** | 250168TD1 |
| **ID:** | 199886 | | |
| **SID:** | | **SSN:** | ████1182 |

| | | | |
|---|---|---|---|
| **Grievance Date:** | 03/12/2024 00:00 | **Managing Location:** | MSP |
| **Assigned Date:** | 08/09/2024 00:00 | **Assigned To:** | CASWELL, FRANKS |
| **Status Date:** | 08/09/2024 08:38 | **Outcome:** | |
| **Status:** | BACKLOG | **Reason:** | |

**Grievance Type(s):**
DISCIPLINE - 1400 GENERAL

| | | | |
|---|---|---|---|
| **Tracking #:** | 6 | **Step:** | 1ST S⁻ |
| **Date Received:** | 08/06/2024 00:00 | **Date Response Required:** | 08/16/2024 00:00 |
| **Addressed To:** | WARDEN | | |
| **Received From:** | OFFENDER | **Response:** | |
| **Persons Named:** | | **Person Details:** | |

**Details:**
RVR appeal #2077889- C5.

MDOC-WALDROP 311-000062

EXHIBIT B

20f14

## Appeal of Disciplinary Hearing

FR: Daylon Waldrop (R9886)
TO: Legal Claims Adjudicator
RE: Appeal of Disciplinary Hearing
DT: June 17, 2024



### [Facts and Procedural History]

On 3-12-24, while housed at Marshall County Correctional facility, CID and administrative staff came to my housing unit handcuffed me then searched my property. Nothing was found on me nor my property. I was taken to Segregation an given a detention notice. I did not sign the detention notice because at that point I had not been notified as to why I was placed in Segregation. While in Segregation. I was served Rule violation report **C-S# 2077889.** On **3-14-24** I was took to Disciplinary and found guilty- **3-15-24** I was transferred to Walnut Grove Correctional facility and have been in Block down every since. In regards to the **C-S # 2077889** RVR. I explained to the DHO that pictures of me participating in non criminal activities as in going to class, playing cards, and sports with other inmates do not constitute being written up for criminal gang activity. On the RVR when it says Entitled, By the specific act of, and circumstances and Details they all state the same thing saying "Has been involved in criminal gang activity while housed at MCCF." That is not a specific act or circumstances and especially isn't any details. Also beside **Exact** location of Incident it says MCCF. That is a big facility so that isn't giving an **Exact** location at all. I'm appealing the guilty verdict due to there was no evidence presented that shows I have been involved in any "criminal gang activity." CID has relied on Photos of me and other inmates hanging out together, playing cards, also participating in sport events. To establish of criminal gang activity the activities must clearly be gang activity. These activities clearly do no constitute criminal gang activity. Furthermore, other than the aforementioned leisure activities, CID has not informed me of what criminal activity I have been involved in with a gang. In fact, denying me the right to participate in non criminal leisure activities with others denies me my right to peacably assemble which is guaranteed by the first amendment of the U.S. constitution.

MDOC-WALDROP 311-000063

EXHIBIT B

3 of 14

## Conclusion

In Conclusion, it's important to note that CID and the disciplinary hearing officer has not taken into consideration that although my charge is ineligible for parole and that I don't recieve any incentives for good behavior I had still managed to obtain a job for Director of Programs ms. Ksmith+ hired by Pastor Kippy Newsom apart of the Referee Commitee, and participate in facility offered programs. while being housed at Marshall County and other facilities like Gospel Express Evangelistic Team Our life together, Jesus" The one who touches us!" The touch of God's Hands, Forklift training in compliance with OSHa, Workforce Readiness, Writing my wrongs, 24/7 Dad, Real-life Disciplship, authentic Manhood, and other even since I have been in lock down. also they failed to understand everyone in every picture that they filed for evidence was housed in the same community together and also one a softball championship together because we were on the same team! [see attached] That being said, the disciplinary hearing officer's determination of guilt was not based on fair and factual finding's. I've been targeted and mistreated due to these false allegations. I ask that you be ethical and render a fair and just decision in this appeal. I respectfully request that you overturn the disciplinary officer's finding of guilt and expunge the **C-5 # 2077889** RVR from my Institutional Record.

P.S. This is a request for administrative Remedy

Daylon Waldrop
(199886)

EXHIBIT B

10P14

From: Daylon Waldrop (199886)
To: Legal claims adjudicator
RE: Appeal of Disciplinary Hearing
DT: June 17, 2024

Greeting's;

You will find enclosed my appeal which has been submitted in a timely fashion. Please submit my appeal to the proper officials for review. I also would like it to be known that this is my second time sending my appeal in on this matter. I recieved a letter from Brenetta Hoskins, Team Lead Administrative Remedy Program on June 12, 2024. The letter is dated May 22, 2024. I would like the record to reflect that between May 22, 2024 and June 12, 2024. I was not aware or had any knowledge of this documentation. So, I would like to not be time barred on my request. Also I did not recieve the Documentation on "How to enter the ARP Process." So, if anything is needed to be fixed, added, or changed. I would like to be able to do so - Thanks in advance.

Sincerely,

Daylon Waldrop
(199886)

MDOC-WALDROP 311-000065

EXHIBIT B

4 of 14

(MSP)_____ (CWC)_____
(CMCF)_____ (SMCI)_____
(OTHER) _MCCF_

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**

№ 2077889

**RULE VIOLATION REPORT**

(Unit Admin. Initial) _CL_     _C3_ Zone / Tier     _Charlie_ Unit     _57_ Cell / Bed #

Offender _Daylon Waldrop_ MDOC# _199886_ Violated Rule # _C5_ . Entitled _Involvement in criminal gang activity_ Date _3/12/24_ Approx. Time _1815_ Hrs.

By the specific act of _has been involved in criminal gang Activity at MCCF_

Weapon involved ___ Yes _X_ No  **EXACT location of incident** _MCCF_

**CIRCUMSTANCES AND DETAILS** _As the result of a CID investigation, it is determined that inmate Daylon Waldrop, MDOC# 199886, has been involved in criminal gang activity while housed at the MCCF - EOR._

Reporting Employee's Signature _B Ory_ Title _Dep Sup_ PIN# _105849_ Date_3/12_ Time _1833_

Evidence _X_ Yes ___ No- Located _Attached_ . Placed in Segregation - PDA ___ No _X_ Yes- Location _SMH 104_

I request witness(es) ___ Yes ___ No

Witness(es) (1) _____

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

ACCUSED _Daylon Waldrop_ I want the right to a Hearing _____ Yes _✓_ No

DELIVERING EMPLOYEE _Sgt. T.X_ DATE _03/12/24_ TIME _1924_

1. Investigation begun within 24 hrs of violation? _✓_ Yes ___ No.     2. Date/Time investigation completed _03/13/24/ 16:15 AM PM_

3. If not completed without reasonable delay, explain: _____

4. Name of Investigator _CMcKinnick_

5. Working days between date of violation and hearing ___ _2_

6. If more than seven (7) working days, explain: _N/A_

Is accused offender in Trusty Status ___ Yes _✓_ No     Does accused offender receive Earned Time ___ Yes _X_ No

Name of Persons at Hearing - Accused _Daylon Waldrop_ Hearing Officer _Capt. J. Stevens_

Other _____

Accused's response ___ Admit ___ Admit w/ modifications _X_ Deny     Accused's Statement _____

Documents read and discussed _✓_ RVR _✓_ Investigation ___ Witness Statements ___ Other _____

FINDINGS: _X_ Guilty ___ Not Guilty     Reason for Findings: _Due to the investigation and evidence provided. (Canteen and visits 3.14.24 - 5.14.24)_

PUNISHMENT: _60 days Loss Canteen and visits / Recommend Re-classification_

Reason (s) ___ Seriousness of offense ___ The need to protect the institution, employees or others ___ Poor conduct record

Other _____

A total of _2_ Rule Violations in _1 year_. A total of _0_ Rule Violations for Rule # _C5_ .

Signature: _Capt. J. Stevens_ Date: _3-14-24_
Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _Daylon Waldrop_ Date: _3-14-24_

Signature of Reviewing Superintendent/Warden/CSD/Designee: _Chris _____ Date: _3/15/2024_

Custody Reduction ___ to ___ Date ___ Signature ___
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned Time effective ___ Signature ___

Loss of Earned Time ___ Approved ___ Disapproved     Commissioner of Corrections or Designee ___

Original with All Attachments - Records     1st Copy - Offender     2nd Copy - Working File     3rd Copy - Reporting Employee

MDOC-WALDROP 311-000066

EXHIBIT B

# CERTIFICATE

### THIS CERTIFIES THAT

## DAYLON WALDROP #199886

has completed the Forklift Training in compliance with
OSHA Standards according to CFR 200.1910.178 (I)(2)

November 17, 2023

**MDOCWORKS**
**BUILDING FUTURES**

_Derral Winston_
Instructor

_Bradley Jum_
Deputy Commissioner
of Workforce Development

MDOC-WALDROP 311-000067

EXHIBIT B



# Marshall County Correctional Facility

does hereby certify that

# Daylon Waldrop

199886

has successfully completed all of the requirements for

*Workforce Readiness*

on *12/18/2023*

_____
Education Director

_____
Superintendent

_____
Instructor

_____
Instructor

The above individual has completed the **Workforce Readiness** and with award of this certificate, the inmate has qualified for benefits contained in MDOC Policy 15.03 for the receipt of meritorious earned time.

MDOC-WALDROP 311-000068

EXHIBIT B



Marshall County Correctional Facility

does hereby certify that

Daylon Waldrop

199886

has successfully completed all of the requirements for

*Writing My Wrongs*

on *12/17/2023*

Education Director

Superintendent

Instructor

Instructor

The above individual has completed the **Writing My Wrongs** and with award of this certificate,
the inmate has qualified for benefits contained in MDOC Policy 15.03 for the receipt of meritorious earned time.

MDOC-WALDROP 311-000069

EXHIBIT B

C3

# Certificate of Completion

This certifies that

**Daylon Waldrop**      **199886**

has successfully completed the

**24/7 Dad® A.M.**
**Program**

24/7 DAD

**National Fatherhood Initiative®**

Conducted on

2/28/2024    in    *Marshall County Correctional Facility*

_Nelson_____ | _V. Smith_____

Facilitator's Name | Education Director

_Christopher A. Brown_
Christopher A. Brown
President
NATIONAL FATHERHOOD INITIATIVE

EXHIBIT B

MDOC-WALDROP 311-000070



# Certificate of Accomplishment

## AWARDED TO

### Daylon Waldrop

### Real-Life Discipleship

Chaplain Doug Brewton
**Chaplain Doug Brewton**

Derek Mingo
**Derek Mingo, Warden**

MDOC-WALDROP 311-000071



*Marion County Regional Correctional Facility*

*is honored to present this*

*Certificate of Completion*

*To*

*Daylon Waldrop*

*For Successfuly Satisfactorily Completing*

*the Authentic Manhood Class*

**AUTHENTIC MANHOOD**

*On September 2nd 2022*

*Warden*     *Program Director*

MDOC-WALDROP 311-000072

EXHIBIT B

# 2023 Softball Spring League Champions

*Education Department*

This Certificate of Achievement is Awarded to

# DAYLON WALDROP

199886

## IMPACT PLAYER

## Softball

_____  
**Program Director**      **Date**

Coach Pickens     10/4/23  
**Recreation Director**      **Date**

EXHIBIT B

MDOC-WALDROP 311-000073

12 of 14

# Gospel Express Evangelistic Team
## Certificate

This is to certify that _____ **DAYLON WALDROP** _____

has successfully completed PART THREE of the Bible Study Course Series,

## *"Our Life Together"*

Granted this ____ 3 ____ day of ____ May ____, 20 24

*Nelson E. Coblentz*
Evangelist Nelson Coblentz

*"Thy word have I hid in my heart
that I might not sin against thee."
Psalms 119:11*

*Mary Mast*
Bible Study Course Grader

MDOC-WALDROP 311-000074

EXHIBIT B

13 of 14

# Gospel Express Evangelistic Team
## Certificate

This is to certify that _____ DAYLON WALDROP _____

has successfully completed TOPIC TWO of the Bible Study Course Series,

## *"Jesus, The One Who Touches Us"*

Granted this _____ 3 _____ day of _____ May _____ , 20 24

*"Thy word have I hid in my heart
that I might not sin against thee."*
*Psalm 119:11*

*Dave Miller*
Evangelist Dave Miller

*Mary Mast*
Bible Study Course Grader

EXHIBIT B

MDOC-WALDROP 311-000075

# Gospel Express Evangelistic Team
## Certificate

This is to certify that **DAYLON WALDROP**

has successfully completed TOPIC ONE of the Bible Study Course Series,

## "The Touch of God's Hand"

Granted this ___10___ day of ___May___, 20__24__

_Dave Miller_
Evangelist Dave Miller

"Thy word have I hid in my heart
that I might not sin against thee."
Psalm 119:11

_____
Bible Study Course Grader

EXHIBIT B

MDOC-WALDROP 311-000076

STAFF RECEIPT

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

Request for ___✓___ _____ Response Receipt
               1st     2nd

ARP Number MCCF - 24 - 183

Request for Response to: Daylon Waldrop # 199886
                        Inmate                  Number

Received by: _____ 8/16/2024
           Respondent's Signature             Date

**Please prepare a response on Form ARP-2 and return to the Administrative Remedy Program Director within 30 days of this date.**

---

**1st page of this receipt is to be returned to the Administrative Remedy Program Director to become part of the inmate's ARP file**

WHITE ORIGINAL - ADMINISTRATIVE REMEMDY PROGRAM DIRECTOR

MDOC-WALDROP 311-000077

EXHIBIT B

ARP-2

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program
## MCCF-24-183
## FIRST STEP RESPONSE FORM- RVRs

You must return your response to the Legal Claims Adjudicator <u>within 15 days</u> of the date you signed for this request.

**Offenders' Name and #:** Daylon Waldrop # 199886
**Unit:** WGCF
**1st Step Respondent:** Frank Caswell
**Title:** Major

Your grievance regarding the appeal of RVR# __2077889_____ has been reviewed.
RVR#____2077889_____ was heard on __3/14/2024_____ and you were found guilty.

After reviewing the facts concerning this RVR, I find that policy and procedures were followed in this case. I agree with the decision of the Hearing Officer and find no merit to your complaint. The appeal is denied.

_____     8/16/24
Signature                             Date

The above named inmate has fulfilled the requirements of the Administrative Remedy Program for an RVR appeal and is eligible to seek judicial review within 30 days of receipt of this First Step Response.

_____     _____     _____
Inmate's Signature                    Doc #                       Date

MDOC-WALDROP 311-000078

EXHIBIT B

INMATE RECEIPT

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

ARP # _MCCF_ - _24_ - _183_

✓ Date: _9-6-2024_

✓ Received By: _Dylan Waldrop_ _199886_
MDOC #

Witness: _C. Rob_

_____ Form ARP-1 — Offender's relief form

✓ Form ARP-2 — 1st step response  RVR

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Letter #

_____ Other

**1st page of this receipt is to be returned to the Administrative Remedy Program Director to become part of inmate's ARP file**

WHITE ORIGINAL - ADMINISTRATIVE REMEDY PROGRAM DIRECTOR

MDOC-WALDROP 311-000079

EXHIBIT B

## CERTIFICATE OF AUTHENTICITY

STATE OF MISSISSIPPI
COUNTY OF RANKIN

I, Letresia Stewart, Correctional Program Team Lead of the Administrative Remedy Program, and the duly authorized records custodian of MDOC Administrative Remedy Program records, do hereby certify upon personal knowledge that this is a true, correct, genuine and authentic copy of ARP# <u>MCCF-24-184</u> contained in the aforesaid department on the following:

INMATE NAME AND NUMBER:  <u>Daylon Waldrop #199886</u>

Letresia Stewart

SWORN TO AND SUBSCRIBED, before me, this the 27th of March , 2025.

NOTARY PUBLIC

My Commission Expires: Feb. 11th 2028

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 440689
ASHLEY WIGELSWORTH
Commission Expires
Feb. 11, 2028
RANKIN COUNTY

MDOC-WALDROP 311-000080

EXHIBIT B

CODE: 1400                                                          ARP-1

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

### MCCF-24- 184

First Step Respondent: Major Franks Caswell
        Location: **MCCF**

Offenders' Name and No: Daylon Waldrop #199886
        Unit: **WGCF**

Date of incidents:      **03-12-2024**           OT-#7

⊠ **ACCEPTED:** This request comes to you from the Administrative Remedy Program Director. See the attached request from the offender. **Please return your response to this office within 30 days of this date.**

☐ **REJECTED:** Your request has been rejected for the following reason(s):

   ☐ Relief is beyond the power of the Mississippi Department of Corrections to grant.

   ☐ The complaint concerns an action not yet taken or a decision which has not yet been made.

   ☐ There has been a time lapse of more than fifteen (15) days between the **RVR** and the initial request:     Incident happened on; received in this office on.

   ☐ There has been a time lapse of more than thirty (30) days between the event and the initial request:     Incident happened on; received in this office on.

   ☐ The Mississippi Department of Corrections does not handle Parole Board matters.

   ☐ Other: Beyond the power of ARP.

_____        _8.9.24_
Director of Administrative Remedy Program        Date

MDOC-WALDROP 311-000081

EXHIBIT B

ODCCRGRSUDEPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Grievance Detail
### August 9, 2024

**Facility:** WGCF

**Unit:** WGCF 5D

| | | | |
|---|---|---|---|
| **Inmate:** | WALDROP, DAYLON | **FBI ID:** | 250168TD1 |
| **ID:** | 199886 | | |
| **SID:** | | **SSN:** | ███1182 |

| | | | |
|---|---|---|---|
| **Grievance Date:** | 03/12/2024 00:00 | **Managing Location:** | MSP |
| **Assigned Date:** | 08/09/2024 00:00 | **Assigned To:** | CASWELL, FRANKS |
| **Status Date:** | 08/09/2024 08:40 | **Outcome:** | |
| **Status:** | BACKLOG | **Reason:** | |

**Grievance Type(s):**
DISCIPLINE - 1400 GENERAL

| | | | |
|---|---|---|---|
| **Tracking #:** | 7 | **Step:** | 1ST S⁻ |
| **Date Received:** | 08/06/2024 00:00 | **Date Response Required:** | 08/16/2024 00:00 |
| **Addressed To:** | WARDEN | | |
| **Received From:** | OFFENDER | **Response:** | |
| **Persons Named:** | | **Person Details:** | |

**Details:**
RVR appeal #2077597- C7.

MDOC-WALDROP 311-000082

EXHIBIT B

2 of 4

## Appeal of Disciplinary Hearing

FR: Daylon Waldrop (199886)
TO: Legal Claims adjudicator
RE: Appeal of Disciplinary Hearing
DT: June 17, 2024

### [Facts and Procedural History]

On 3-12-24, while housed at Marshall County Correctional facility; CID and administrative staff came to my housing unit handcuffed me then searched my property. Nothing was found on me nor my property. I was taken to Segregation an given a detention notice. I did not sign the detention notice because at that point I had not been notified as to why I was placed in Segregation. While in Segregation, I was served Rule Violation Report C-7 # 2077397.

According to the RVR a phone was found in a common area on 12/2/2023. The RVR was wrote 3/12/24. The RVR was served 3/13/2024. It also states location of incident was Charlie 3 Showers, on person. I was never in possetion of an device, I never were search and got caught with a device. The device that they are referring to was found in a common area. Not on person or in my property. So how was I given an RVR for something that's never confiscated off me or out my property? Also due to SOP MDOC 18-01-01 policy specifically states "The first copy of your RVR will be delivered to the accused within 24 hours of the time the violations is discoverd. According to the rule violations reports, the alleged violations occurred back in December 2023. but the first copy of the RVR's were not delivered to me until March 13, 2024. The fact that the RVR's were not delivered until four months later" is highly suspicious and raises reasonable doubt". In regards to validity of the alleged violation. as well, CID and administrative staff never provided a plausible reason as to why the RVR's were not delivered in a timely fashion in accordance with SOP 18-01-01. This violates my statutory due process rights by MDOC failing to adhere to it's policy and procedure. also the Delivering Employee name has been changed or added from the originally RVR, you can clearly see. also by him changing name after Delivering RVR is an administrative error.

MDOC-WALDROP 311-000083

EXHIBIT B

3 of 4

## Conclusion

Due to C.I.D and MCCF administration failing to serve RVR within a 24 hour time frame according to MDOC SOP 18-01-01 Policy, The delivering officer's name being changed after RVR being served; which is an administrative error, and the lack of evidence by me never being in possesion of phone, or phone being confiscated from me nor my property. Clearly shows that the Disciplinary Hearing Officer's determination of guilt was not based on fair and factual finding's. So based on all of the above, I respectfully request that the DHO's finding of guilt is overturned and the C-7 # 20T1597 is expunged from my Institutional record.

P.S. This is a request for administrative Remedy

Daylon Waldrop
(199886)

MDOC-WALDROP 311-000084

EXHIBIT B