RECEIVED
MAY 05 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

The United States District Court of the Oxford Division of Mississippi

Supt Chris Loden et al,
Vs.
Daylon Waldrop

Case # 3:24-CV-00311-DAS

I the plaintiff am writing this letter to the court to inform the court. That today on 4-21-2025 I called home. When I spoke to my mom I was informed that on 4-7-2025 It was something entered on the Pace app. And it said when I recieve the documentation. I the plaintiff were to sign it and return it to the court within a 15 day time frame. I am writing the court to inform the court that I have been hindered from recieving my mail from this facility that I am housed at due to civil action's against the staff, and I have still not recieved the documentation that was entered on 4-7-2025 so I would be aware of the response from the court and also so I could sign and return the documentation. I am asking the court to note this and not fault me or dismiss my case due to me not recieving and returning documentation on time.

$ Daylon Waldrop

Daylon Waldrop 199886
WGCF Unit 6D Cell 30
P.O. Box 389
Walnut Grove, MS 39189