IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DAYLON CARL WALDROP**                                                   **PLAINTIFF**

v.                                                                  No. 3:24CV311-DAS

**SUPT. CHRIS LODEN, ET AL.**                                         **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. § 1915(g). In the alternative, the plaintiff's claims regarding improper shakedowns, harassment, improper strip-searches, and the taking of property are also **DISMISSED** without prejudice for failure to exhaust administrative remedies.

**SO ORDERED**, this, the 27th day of February, 2026.

                                                                                       /s/ David A. Sanders
                                                                                       UNITED STATES MAGISTRATE JUDGE